IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OMAR LLILES, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:06-cr-00352 AWI <br><br> ORDER ON STIPULATION TO CONTINUE <br> STATUS CONFERENCE HEARING DATE <br><br> Date:  November 20, 2006 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

The parties in the above titled action have filed the following stipulation:

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for November 6, 2006, may be continued to November 20, 2006, at the hour of 9:00 a.m., in Courtroom Two of the above-entitled court.**

The continuance is at the request of defense counsel to allow additional time to receive and review discovery with defendant and for defense investigation and preparation before hearing.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                               McGREGOR W. SCOTT
United States Attorney

DATED: November 1, 2006                      By:  /s/ Steven M. Crass
STEVEN M. CRASS
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

| | |
|---|---|
| DATED: November 1, 2006 | By:  /s/ Francine Zepeda  <br>FRANCINE ZEPEDA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Omar Lliles |

**O R D E R**

As per the above stipulation, **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 2, 2006**            /s/ Anthony W. Ishii
0m8i78                         UNITED STATES DISTRICT JUDGE