```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OMAR LLILES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>OMAR LLILES,<br><br>    *Defendant.* | No. 1:06-cr-00352 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON<br><br>Date:   February 26, 2007<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for January 16, 2007, may be continued to February 26, 2006, at the hour of 9:00 a.m., in Courtroom Two of the above-entitled court.**

The continuance is at the request of defense counsel to allow additional time to receive and review any proposed plea offer with defendant and for defense investigation and preparation before hearing.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 11, 2007        By:  /s/ Steven M. Crass
                                    STEVEN M. CRASS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: January 11, 2007        By:  /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    Omar Lliles

## **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 12, 2007**            /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE